60

373 A.2d 750

**COMMONWEALTH of Pennsylvania**

v.

**Eugene VERNON, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 22, 1975.

Decided June 3, 1977.

John J. Dean, Lester G. Nauhaus, Pittsburgh, for appellant.

John J. Hickton, Dist. Atty., Robert L. Eberhardt, Robert L. Campbell, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appellant appeals from the judgment of sentence of murder of the third degree and asserts the following errors:

1) Failure of the trial judge to recuse himself from the case;

2) Failure to sustain demurrers to counts of murder of the first and second degree;

3) Failure to give a requested instruction on voluntary manslaughter in addition to the instruction on voluntary manslaughter given by the court;

4) Error in permitting a suppression hearing to be held in chambers after trial had commenced; and

5) Failure to suppress statements used to impeach appellant's testimony at trial.

A review of the record reveals that appellant's claims are without merit.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.